UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA        :     ORDER

   -v.-                         :     10 Cr. 954 (RJH)

NAQUAN HORNE,                   :
  a/k/a "Vincent Horne,"
CHRISTOPHE LEE,                 :
  a/k/a "Christopher Lee,"
KENNETH MOORE, and              :
WAYNE SCOTT,
                                :
      Defendants.
                                :
- - - - - - - - - - - - - - - - -x

       USDC SDNY
       DOCUMENT
       ELECTRONICALLY FILED
       DOC #: _____
       DATE FILED: 5/6/11

       Upon the application of the United States of America, by and through Preet Bharara, United States Attorney, Andrea L. Surratt, of counsel, and with the consent of counsel for the defendants, it is hereby ORDERED that the time from May 6, 2011 through June 17, 2011 is hereby excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A). The Court finds that the granting of such an exclusion best serves the ends of justice and outweighs the best interests of the public and the defendant in a speedy trial because it will enable the parties to continue to discuss a possible disposition in this matter. *Conference adjourned to 6/17/11 at 11:a.m.*

SO ORDERED.

Dated:  New York, New York
       May 5, 2011

                                          _____
                                          THE HONORABLE RICHARD J. HOLWELL
                                          UNITED STATES DISTRICT JUDGE

3.31.08