# HURWITZ STAMPUR & ROTH
### ATTORNEYS AT LAW

MICHAEL HURWITZ
WILLIAM J. STAMPUR
JAMES ROTH

299 BROADWAY, SUITE 800
NEW YORK, N.Y. 10007

(212) 619-4240
FAX (212) 619-6743

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/31/11

April 26, 2011



**BY FAX**
The Honorable Richard J. Holwell
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re: United States v. Wayne Scott**
**10-CR-954 - 04**

I write to request an adjournment of the status conference now scheduled for May 6, 2011, until June 17, at 11:00 a.m. to allow all counsel an opportunity to further review discovery, and discuss possible disposition(s) with the Government.

The Government and all counsel join in this application.

*[handwritten notes]* Conference adjourned to 6/17/11. Time excluded under the STA until 6/17/11 in the interest of justice. SO ORDERED. USDJ 4/26/11

Sincerely,
William Stampur

cc. A.U.S.A. Andrea L. Surratt (By Email)
Charles S. Hochbaum (By Email)
Samuel P. Nitze (By Email)
Deron Castro (By Email)