# HURWITZ STAMPUR & ROTH
## ATTORNEYS AT LAW

MICHAEL HURWITZ
WILLIAM J. STAMPUR
JAMES ROTH

299 BROADWAY, SUITE 800
NEW YORK, N.Y. 10007

(212) 619-4240
FAX (212) 619-6743

```
┌─────────────────────────────┐
│ USDC SDNY                    │
│ DOCUMENT                     │
│ ELECTRONICALLY FILED         │
│ DOC #:_____               │
│ DATE FILED: 8/8/11           │
└─────────────────────────────┘
```



July 29, 2011

**BY FAX**
The Honorable Richard J. Holwell
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

<u>**Re: United States v. Wayne Scott**</u>
<u>**10-CR-954**</u>

I write on behalf of all counsel to request a two week extension of time to file motions now scheduled for filing on August 4, 2011, to 8/18/11

The Government consents to this request as it enables the parties to continue to discuss a possible disposition in this matter.

Sincerely,

William Stampur

cc. A.U.S.A. Andrea L. Surratt (By Email)
Charles S. Hochbaum (By Email)
Samuel P. Nitze (By Email)
Deron Castro (By Email)

So ORDERED

USDJ

8/8/11