# DEBEVOISE & PLIMPTON LLP

919 Third Avenue
New York, NY 10022
Tel 212 909 6000
Fax 212 909 6836
www.debevoise.com

August 15, 2011

BY FACSIMILE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/23/11

RECEIVED
AUG 15 2011
CHAMBERS OF
RICHARD J. HOLWELL

The Honorable Richard J. Holwell
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007
Facsimile: (212) 805-7948

*United States v. Horne et al.*, 10 Cr. 954 (RJH)

Dear Judge Holwell,

We represent defendant Naquan Horne in the above-referenced case. We write to request a one-month extension of the deadline for all defendants to file suppression motions. Such motions are currently due on August 18, 2011; we request that this date be extended to September 16, 2011. The Government consents to this request. Defense counsel and counsel for the Government are actively engaged in productive discussions regarding a disposition of this case. This is the second request for an extension of the deadline for filing suppression motions; the prior request extended the deadline from August 5, 2011 to August 18, 2011.[1]

Application Granted. A hearing on any such motion shall be held on 10/19/11 at 11:00 a.m. Trial rescheduled under the Speedy Act intent of justice. SO ORDERED.

Sincerely,

William C. Weeks
(212) 909-6952
wcweeks@debevoise.com

[handwritten: extend reply to 10/14/11]

RJH
8/15/11

---

[1] The undersigned has been unable to reach Charles S. Hochbaum, counsel for defendant Kenneth Moore, to discuss this request, but Mr. Hochbaum has not objected to the proposed extension, to which the Government consented in an August 11, 2011 email to all defense counsel. Mr. Hochbaum consented to the prior extension of the deadline for suppression motions to allow time for additional discussion of a resolution of this case, and undersigned counsel believes that he would not object to this extension. Counsel for all other defendants join this request.

New York • Washington, D.C. • London • Paris • Frankfurt • Moscow • Hong Kong • Shanghai