UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

**UNITED STATES of AMERICA,**    10 Crim. 00954 - 00  ALL (RJH)

-against-    **ORDER**

**Naquan Horne, et al,**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/7/11
```

Defendant.

------------------------------------------------------------x

The hearing scheduled for October 19, 2011 is rescheduled to October 14, 2011 at 11:00 a.m., in the courtroom of the Honorable Richard J. Holwell, Courtroom 17B, 500 Pearl Street, New York, New York 10007.

Dated: New York, New York
August 29, 2011
SO ORDERED:

_____
Richard J. Holwell
United States District Judge