# DEBEVOISE & PLIMPTON LLP

919 Third Avenue
New York, NY 10022
Tel 212 909 6000
Fax 212 909 6836
www.debevoise.com

October 13, 2011

BY FACSIMILE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/26/11

RECEIVED
OCT 13 2011
CHAMBERS OF
RICHARD J. HOLWELL

The Honorable Richard J. Holwell
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007
Facsimile: (212) 805-7948

*United States v. Horne et al.*, 10 Cr. 954 (RJH)

Dear Judge Holwell,

We represent defendant Naquan Horne in the above-referenced case. Mr. Horne is scheduled to appear before a magistrate judge on October 25, 2011 to enter a plea pursuant to a global plea agreement that has been offered by the Government. We understand that the other defendants in this case are also scheduled to enter pleas, either on October 25, 2011 or October 21, 2011.

We write because suppression motions are currently due on October 14, 2011. In the event that a plea is not entered and accepted, Mr. Horne seeks to preserve his ability to file a suppression motion at a later date. Therefore, we ask that <u>the motion schedule be adjourned and held in abeyance,</u> pending further developments in this case. The Government consents to this request, and this request is joined by counsel for defendants Wayne Scott and Christopher Lee.

Application Granted
SO ORDERED
[signature]
USDJ
10/14/11

Sincerely,

[signature]

William C. Weeks
(212) 909-6952
wcweeks@debevoise.com

New York • Washington, D.C. • London • Paris • Frankfurt • Moscow • Hong Kong • Shanghai