```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/22/11
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------- x

UNITED STATES OF AMERICA

               - v -

NAQUAN HORNE

               Defendant.

----------------------------------- x

**ORDER**

10 Cr. 00954 - 01 (RJH)

WHEREAS, with the defendant's consent, his guilty plea allocution was taken before United States Magistrate Judge Kevin N. Fox, on October 25, 2011;

WHEREAS, a transcript of the allocution was made; and

WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there is a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

SO ORDERED

Dated: New York, New York
       November 21, 2011

                                           Richard J. Holwell
                                     United States District Judge