# DEBEVOISE & PLIMPTON LLP

919 Third Avenue
New York, NY 10022
Tel 212 909 6000
Fax 212 909 6836
www.debevoise.com

January 17, 2012

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/1/12



RECEIVED
JAN 17 2012
CHAMBERS OF
RICHARD J HOLWELL

BY FACSIMILE

The Honorable Richard J. Holwell
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007
Facsimile: (212) 805-7948

*United States v. Horne et al.*, 10 Cr. 954 (RJH)

Dear Judge Holwell,

    We represent defendant Naquan Horne in the above-referenced case. On January 10, 2012, Your Honor issued an *ex parte* order granting our request to retain Dr. Erica Weissman, J.D., Psy. D., to assist us in preparing for Mr. Horne's sentencing, which is currently scheduled for February 17, 2012.

    We write to request an adjournment of sentencing to allow time for Dr. Weissman's evaluation of Mr. Horne, including time to gather Mr. Horne's medical records. We request that Mr. Horne's sentencing be adjourned to April 27, 2012 or May 11, 2012. Counsel for the Government consents to this request. If Your Honor grants this request, the undersigned will inform the U.S. Probation Officer responsible for Mr. Horne's Pre-Sentence Investigation Report of the new sentencing date.

    This is the first request for an extension of Mr. Horne's sentencing date. Your Honor granted several adjournments of status conferences and motion deadlines prior to Mr. Horne's guilty plea on October 25, 2011.

Sincerely,

William C. Weeks
(212) 909-6952
wcweeks@debevoise.com

*[Handwritten notation: Sentencing adjourned to 4/27/12 at 12:30 pm. SO ORDERED. /s/ USDJ 1/27/12]*

New York • Washington, D.C. • London • Paris • Frankfurt • Moscow • Hong Kong • Shanghai