```
                                              ┌─────────────────────────────────┐
                                              │ USDC SDNY                       │
                                              │ DOCUMENT                        │
                                              │ ELECTRONICALLY FILED            │
UNITED STATES DISTRICT COURT                  │ DOC #: _____        │
SOUTHERN DISTRICT OF NEW YORK                 │ DATE FILED: February 14, 2012   │
------------------------------------X         └─────────────────────────────────┘
                                    :
United States of America Plaintiff(s), :
                                    :         10 Cr. 954-1 (KBF)
                                    :
            -v-                     :             ORDER
                                    :
                                    :
Naquan Horne                        :
                       Defendant(s).:
------------------------------------X
```

KATHERINE B. FORREST, District Judge:

    Sentencing for defendant Naquan Horne is hereby adjourned to April 27, 2012 at 10:00 a.m. before Judge Katherine B. Forrest.

    Any submissions by any party should be filed immediately on CM/ECF with courtesy copies to Chambers.

    SO ORDERED:

Dated:    New York, New York
           February 14, 2012

                                     *Katherine B. Forrest*
                                _____
                                      KATHERINE B. FORREST
                              United States District Judge