```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: February 27, 2012
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                          :
United States of America                  :
                        Plaintiff(s),     :
                                          :     10 Cr. 954-1(KBF)
            -v-                           :
                                          :        ORDER
                                          :
Naquan Horne                              :
                        Defendant(s).     :
------------------------------------------X

KATHERINE B. FORREST, District Judge:


   Sentencing submissions for defendant Naquan Horne are due April 13, 2012. Government submissions are due April 20, 2012.


      SO ORDERED:

Dated:    New York, New York
          February 27, 2012

                              *Katherine B. Forrest*
                              _____
                                   KATHERINE B. FORREST
                                 United States District Judge