# DEBEVOISE & PLIMPTON LLP

919 Third Avenue
New York, NY 10022
Tel 212 909 6000
www.debevoise.com

**Andrew J. Ceresney**
Partner
Tel 212 909 6947
Fax 212 909 6836
ajceresney@debevoise.com

March 28, 2012

BY EMAIL

The Honorable Katherine B. Forrest
United States District Court
Southern District of New York
500 Pearl Street, Room 745
New York, NY 10007



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: APR 04 2012

*United States v. Horne et al.*, 10 Cr. 954 (KBF)

Dear Judge Forrest,

    I and two of my colleagues represent defendant Naquan Horne in the above-referenced case. We write to request that Mr. Horne's sentencing, currently scheduled for April 27, 2012, be adjourned to May 25, 2012, to allow additional time for Dr. Erica Weissman, J.D., Psy. D., to complete her evaluation of Mr. Horne. Judge Holwell issued an *ex parte* order on January 10, 2012, granting our request to retain Dr. Weissman to assist us in preparing for Mr. Horne's sentencing.

    Counsel for the Government consents to this request. If Your Honor grants this request, the undersigned will inform the U.S. Probation Officer responsible for Mr. Horne's Pre-Sentence Investigation Report of the new sentencing date.

    This is the second request for an extension of Mr. Horne's sentencing date. In addition, Judge Holwell granted several adjournments of status conferences and motion deadlines prior to Mr. Horne's guilty plea on October 25, 2011.

Sincerely,

Andrew J. Ceresney

cc: (via email)

    Andrea L. Surratt

*Adjourned to 5/15/12 at 4 pm.*

*K. B. Forrest*
*USDJ.    4/4/12*

New York • Washington, D.C. • London • Paris • Frankfurt • Moscow • Hong Kong • Shanghai

Judge Katherine B. Forrest            2                    March 28, 2012

Assistant United States Attorney
United States Attorney's Office, SDNY
One St. Andrew's Plaza
New York, NY 10007
andrea.surratt@usdoj.gov